**Justin C. Sawyer**  
Oregon State Bar No. 014057  
justin.sawyer@millernash.com  
**James H. Jordan** (*pro hac vice*)  
Washington State Bar No. 15796  
james.jordan@millernash.com  
MILLER NASH LLP  
3400 U.S. Bancorp Tower  
111 S.W. Fifth Avenue  
Portland, Oregon 97204-3699  
Telephone: (503) 224-5858  
Facsimile: (503) 224-0155  

The Honorable Ann Aiken

    Attorneys for Plaintiff  
    Professional Service Industries, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **PROFESSIONAL SERVICE INDUSTRIES, INC.**, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>**FORESTWOOD INDUSTRIES, INC.**, a New York corporation; **PFS CORPORATION**, a Wisconsin corporation; **RALPH VAUGHN** and **MARILYN VAUGHN** and their marital community, Oregon residents; and **ERWIN SCHUTFORT** and **JULIANNE SCHUTFORT** and their marital community, Oregon residents,<br><br>    Defendants. | Civ. No. 09-6374-AA<br><br>STIPULATION AND ORDER OF DISMISSAL OF VAUGHN DEFENDANTS ONLY<br><br>[PROPOSED] |

Page 1 -    Stipulation and Order of Dismissal of Vaughn Defendants Only

MILLER NASH LLP  
ATTORNEYS AT LAW  
TELEPHONE: (503) 224-5858  
3400 U.S. BANCORP TOWER  
111 S.W. FIFTH AVENUE  
PORTLAND, OREGON 97204-3699

SEADOCS:441055.1

## STIPULATION

Plaintiff Professional Service Industries, Inc. and Defendants Ralph Vaughn and Marilyn Vaughn ("the Parties"), by and through their undersigned counsel, hereby stipulate as follows:

All of the Parties' claims and counterclaims against each other in this matter should be dismissed with prejudice and without costs or fees to either party, pursuant to the subjoined proposed Order.

MILLER NASH LLP

Dated: November 11th, 2011.

/s/ James H. Jordan, Jr.
Justin C. Sawyer, OSB #014057
James H. Jordan, Jr. (*pro hac vice*), WSB #15796
Of Attorneys for Plaintiff

GLEAVES SWEARINGEN POTTER & SCOTT, LLP

Dated: November 11th 2011.

/s/ Cassie K. Jones
Laura T.Z. Montgomery, OSB # 934665
Cassie K. Jones, OSB # 083806
Of Attorneys for Defendants Ralph Vaughn and Marilyn Vaughn

Page 2 -   Stipulation and Order of Dismissal of Vaughn Defendants Only

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

SEADOCS:441055.1

## ORDER

Having reviewed the Parties' Stipulation above and good cause appearing; NOW THEREFORE it is hereby ORDERED, adjudged, and decreed as follows:

A. All claims by Plaintiff against Defendants Ralph Vaughn and Marilyn Vaughn in this matter are hereby dismissed with prejudice and without costs or fees to either party.

B. All counterclaims by Defendants Ralph Vaughn and Marilyn Vaughn against Plaintiff in this matter are hereby dismissed with prejudice and without costs or fees to either party.

ORDERED this 14 day of November, 2011.

_____
U. S. DISTRICT COURT JUDGE


PRESENTED BY:

MILLER NASH LLP


/s/ James. H. Jordan, Jr.
_____
Justin C. Sawyer, OSB #014057
James H. Jordan, Jr., WSB No. 15796 (*Pro Hac Vice*)
Attorneys for Defendants

Page 3 -  Stipulation and Order of Dismissal of Vaughn Defendants Only

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

SEADOCS:441055.1